MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

                                Case No: 23-mj-30421

                                District Judge Thomas L. Ludington
                                Magistrate Judge Patricia T. Morris

v.

Matthew Bills,

      Defendant.

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**    **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change of Assistant U.S. Attorney of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: William Orr | Name: J. Michael Buckley |
| Bar ID:    Texas 24102308 | Bar ID: P 36167 |
| Telephone:  (989) 895-5712 | |
| Fax:       (989) 895-5790 | |
| Email:     William.orr@usdoj.gov | |

Dated: April 25, 2024

s/J. Michael Buckley
Assistant United States Attorney
101 First St. Suite 200
Bay City, MI 48708
Telephone number: (989) 895-5712
Fax number: (989) 895-5790
Email: Michael.buckley@usdoj.gov
P 36167